FILED
OCT 24 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE CIRCUIT COURT OF **Wilkinson** COUNTY, MISSISSIPPI

**Lonnie E. Sims**      PETITIONER

VS.      CAUSE NO. **5:24cv113-DCB-ASH**

**mississippi Department of correction, Marcus Bridges #175556, Gangster Disciple, The vice lord's organization Gang members**      RESPONDENT(S)

## COMPLAINT

COMES NOW, **Lonnie E. Sims**, Petitioner, and files this his Complaint and would show unto this Honorable Court the following, to-wit:

### I.

### Previous Actions

Have you begun any other action(s) in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? ✓ yes ___ no

If your answer to the above question is yes, describe the action in the spaces provided below. (If there are additional actions, use a separate sheet of paper for each additional action.)

   a. Parties to the previous action:

      Petitioner(s) **Lonnie E. Sims**

      Respondent(s) **mississippi Department of correction Facilities, commissioner Burl Cain.**

   b. Court: **USDC Northern District of mississippi**

   c. Docket Number: **4:20-CV-00021**

   d. Name of Judge to whom the case was assigned: **unsure**

   e. Disposition of the case: **waiting on The Court To Rule on our motion for class certification, see (Enclosed).**

f. Date of filing of the action: _Started 2020-2024_

g. Date of Disposition: _2020 started_

## II.

### Place of Confinement

Is there a prisoner grievance procedure in your institution? ✓ yes _____ no

Did you present the facts relating to your complaint to the institution's grievance procedure? ✓ yes _____ no

If your answer was yes,

a. What steps did you take? _The full complete ARP process. The appropriate first And Second steps (see) process dealing with ARP's (Enclosed) a Inmate Receipt copy To steps._

b. What was the result? _Directing me To The court for which I am here. (Judication Review)._

If your answer was no, explain why not: _____

If there is no grievance procedure in the institution, did you complain to prison authorities? _____ yes _____ no

If your answer was yes,

a. What steps did you take? _____

b. What was the result? _____

III.

Parties to this Action

I, Lonnie Sims, am the Petitioner in this action and am housed at WCCF/MTC P.O. Box 1889, Woodville MS 39669.

Respondent, M.D.O.C. is employed as (Burl Cain-Commissioner) (Daniel" mayor) And (D. Vannoy warden) with the Mississippi Department of Corrections at Wilkinson County Correction Facility.

Respondent, _____ is employed as _____ with the Mississippi Department of Corrections at _____.

IV.

Statement of Claims

The following is a brief summary of the facts of the case. (Describe how each respondent is involved, including dates, places and names. Do not give legal arguments or cite any cases/statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use additional pages if necessary.)

(1.) See (Enclosed) Fact's throughout ARP's filings, Times Date's places "Including" (Enclosed) Approved Thorough Investigation paperwork from [The United States Department of Justice]. The Gang violence within [The Mississippi Department of correction Facilities] has not "only" had a Strong-Hold on The Mississippi Department of corrections but have created and arranged "occult" strong-Hold on

my "Life" also. (September 19, 2023), Area 2 B-2 A-Zone, Approx. Time 5:38 PM there at South Mississippi Correctional Institution where the organization Gang member Marcus Bridges #175556 broke my nose, fracturing my Jaw, Injuried my neck totally there on the South Mississippi correctional Institution camero's there at S.M.C.I.

(2.) See from the camero's there at M.C.C.F./MTC, Including the (Enclosed) ARP process paperwork, about (January 2-3, 2024), Approx. Time 10:14 Hrs, for the third time the vice Lord's organization Gang's have Jumped on me breaking my nose and more causing many short and long term Injuries within my body. (Area V, W, X, G-Building X-Ray zone cell #202).

(3.) Also see from the camero's there at S.M.C.I. around (November Some time 2023) the same vice Lord" organization Gang members there at S.M.C.I. Area 2 E-1 Building, B-Zone Approx. Time 10:00 thru to 3:00, you can clearly see It on the camero's were these same organization Gang's told me that I (could not) live there housed on (Commissioner Burph cain) pre-Release zone that I may go home to family and love ones these Gang's forced me to pack my property and leave threading to kill me. And all of this was done to prevent me from making parole at my correct time to keep me In prison were their other Gang members could catch me and try to kill me which Is how I got Jumped the many times that I have since then and I still have not paroled out of prison due to these Same organization Gang's having a Strong-Hold on the Mississippi Department of correction facilities. These Gang's not only have a Strong-Hold on the

mississippi Department of correction facilities, but have designed and created an occult strong-Hold on my personal "Life," Through, and from the mississippi Department of correction, That is the very reason that I am back In prison due To the controlling "occult" strong-Hold that these organization Gong's controlling. I fear so much for my "Life" because these Gong's came To my front door step where I Lived shot me leaving me for dead called the police themself To [Falsely-Accuse] me of an Arrest right after leaving The Hospital. I have Know reason To be In prison at This very moment, even up until Now, after 2 years, of Incarceration The forrest county (circuit-court) And The forrest county (municipal-court) say that they don't have anything showing up within their computer system of why I (mr. Lonnie Sims) Is Incarcerated. Even up until Now, 2 years of Imprisonment, I have not been [Indicted], nor have my allege case been presented before any Grand Jury because of the controlling "occult" strong-Hold that These Gong's have on The mississippi Department of correction, Through unto my personal Life. Even so That I have mention This Great perspective reality upon my Life, I think It To be only right To (Enclosed) a complete copy of The organization Gong member The one shoting me at my own residence (Criminal Information) reducing his complete charge of (Aggrevate-Assault with a deadly weapon) down To a Simple Assault waiving his Indictment To criminal charges down To misdemeanor simple Assault and sentenced To a Term of Six (6) month's In the custody of The forrest county Jail.

## V.

### Relief Sought

Petitioner respectfully requests that this Court (Briefly state what you are asking this Court to do for you) I Respectfully ask that this Honorable court compensate me for all my pain and suffering these organization Gong's has caused me through such "occult" strong-Hold Damaging my "Life" through the mississippi Department of Correction facilities.

Respectfully Submitted,

_Lonnie Sims_
Petitioner

STATE OF MISSISSIPPI
COUNTY OF Wilkinson

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said jurisdiction, the within named Petitioner, who, after first being by me duly sworn, stated on oath that the statements set forth in the above and foregoing are true and correct as therein stated.

SWORN TO AND SUBSCRIBED before me, this the 22nd day of October, 2024.

Rosemary Gatlin
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 83744, ROSEMARY GATLIN, Commission Expires Jan. 26, 2027, WILKINSON CO.]

## CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via United States Mail, postage pre-paid, a true and correct copy of the above and foregoing Pleading to:

U.S.D.C. Clerk
501 E Court St, Suite 2.500
Jackson, MS 39201

Oliver Bell Group
50 W Big Beaver Rd Ste 200
Troy Missouri 48084

Attorney General
Lynn Fitch
P.O. Box 220
Jackson, MS 39205

Oliver Bell Group
8951 Cypress Water Blvd #160
Dallas, TX 75019

SO CERTIFIED, this the 22 day of October, 2024.

_____
Petitioner

_____
MDOC #

_____
Address

_____
Address