# Oliver Bell
## Attorneys at Law

**(248) 327-6556**

**50 W Big Beaver Rd Ste 200**
Troy, MI 48084

**8951 Cypress Waters Blvd #160**
Dallas, TX 75019

Tayah Stephens
(248) 327-6556
tstephens@oliverlawgroup.com
www.oliverbellgroup.com

July 16, 2024

<u>Sent via USPS First Class Mail</u>

Lonnie Sims MDOC No. 140701
Wilkinson County Correctional
2999 US Hwy 61 North
Woodville, MS 39669

Re:   Andrew Alexander, et al. V Pelicia E. Hall, et al.
      USDC Northern District of Mississippi Case No. 4:20-cv-00021

Dear Mr. Sims:

Our office is in receipt of your last correspondence. We are currently waiting on the court to rule on our motion for class certification.


Should you have any questions or concerns regarding the above, please do not hesitate to contact our office.

Sincerely,

OLIVER BELL GROUP

Tayah Stephens
Case Manager

MISSISSIPPI Department of Correction Administrative
Remedy Program

To: Legal Claims Adjudicator

From: Lonnie Sims #140701     V. WX G-Building X-Ray cell# 202
_Inmate Name / M.D.O.C#_     _Housing unit/Bed_

Date January 26, 2024

## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

ON or about (January 2-3, 2024) Approx. Time 10:14 Hrs. For the Third Time the vice-Lords organization Gang's have Jumped on me breaking my Nose the First Time there at S.M.C.I 2023, the 19th Date of September Approx. Time 5:38 pm Area-2 B-2 A-Zone. Then around November Some Time 2023 the Same organization Gang there at S.M.C.I Area 2 E-1 Building B-zone. This organization vice-Lords Gang ran me completely off of (Commissioner) "Burl Cain" Pre-Release Zone. And Told me that I couldn't Live there forced me off the zone And Told The officer To write me an RVR To hinder me making my parole Release Date. However I Fear for my "Life." I am scared Traumitized because These Gang's has certain officers on payrow who are continuing helping And diministrating These Gangs against me even forced me To catch several RVR's from Trying To Keep Safe. Even here at W.C.C.F/MTC the Last Time They have Jumped on me, the Gangs have once again Told the officer To write me up for Fighting when I'm the victim (Investigator Tolliver) And warden Darrel vannoy Is fully aware.

## RELIEF

I simply ask that (W.C.C.F/MTC) And M.D.O.C To give me my parole Release Date back (January 31, 2024) for old Safty Reasons allowing me To go back To house with family And Love ones.

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # _____WCCF_____ - _____94_____ - _____93_____

Date: _____

Received By: _____

Witness: _____

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

____✓____ Form ARP-3 — 2nd step response    / *WCCF*

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

**1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file**

YELLOW COPY - INMATE

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER _____ - _____ - _____

## FIRST STEP RESPONSE FORM

Type or use ball point pen.  You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was initiated

To: _____

Inmate's Name and DOC#

Housing Unit _____

From: _____

Person to whom 1st Step is Directed

Title/Location _____

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

_____

Signature _____     Date _____

( ✓ ) I am not satisfied with this response and wish to proceed to Step Two. My Equal protection 14th Amendment

REASON: Depriving of Life 8th Amendment Right To the united State constitution and human basic right's are being violated According to News broadcast According to my current A.R.P. these organization Gangs have a stronghold on The M.D.O.C. Facilities causing The Fed's to Intervene do to These matter. These Gangs has caused me much pain and suffering from and causing me missing my parole Release date from such stronghold and many unrevealed Office's on pay row doing their dirty work.

( ) I wish to cancel this complaint.  You do not have to return this and time limits will cancel complaint.

_____        140701        3-7-2024

Inmate's Signature         DOC#                     Date

**Administrative Remedy Program Director - ORIGINAL**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## WCCF-24-78

### SECOND STEP RESPONSE FORM

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #:  **Lonnie Sims #140701**
Location:  **Wilkinson County Correctional Facility**

From:  **D. Webb**
Title:  **Chief of Records**

---

*Parole Boord will review you again Dec. 2024*

Donna Webb
_____
Signature

3/13/24
_____
Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program at WCCF under extraordinary circumstances and is eligible to seek judicial review in state or federal court within 30 days of receipt of the Second Step Response.  Financial responsibility for such filing rests with the inmate.

Lonnie Sims
_____
Inmate's Signature

149701
_____
DOC #

3-27-2024
_____
Date

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # WCCF - 24 - 247

Date: _____

Received By: _____

Witness: _S. Bri_____   _ARP Clerk_
                                        MDOC #

TITLE

_____ Form ARP-1 — Offender's relief form

___✓___ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

YELLOW COPY - INMATE

ARP-2

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

NUMBER WCCF - 211 - 247

## FIRST STEP RESPONSE FORM

Type or use ball point pen.  You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was initiated

To: Lonnie Sims # 140701                    WCCF

Inmate's Name and DOC#                      Housing Unit

From: T. Daniel                             Major - WCCF

Person to whom 1st Step is Directed         Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

I HAVE SPOKEN TO BOTH CLASSIFICATION AND
CAPTAIN PHILLIPS TO PLACE YOU ON A LIST
AS REQUESTED IN YOUR RELIEF SOUGHT.
THIS DECISION WILL BE BASED ON
MDOC APPROVAL.

Signature                                   9.19.24
                                            Date

(✓) I am not satisfied with this response and wish to proceed to Step Two. I am not satisfied because
REASON: nothing have't been done yet by the Administration I don't
Know who these ones have a strong hold on me fear for my life and this my best
decision to further seek help myself as I much seen for the enclosed Justice
Department paper work to confirm all of my allegations.

( ) I wish to cancel this complaint.  You do not have to return this and time limits will cancel complaint.

Lonnie Sims          140701               9-24-2024

Inmate's Signature    DOC#                Date

**Administrative Remedy Program Director - ORIGINAL**

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # _WCCF_ - _24_ - _247_

Date: _10-10-2024_

Received By: _Lonnie Sims #14070_

Witness: _S. Row    ARP Clerk_

_____ Form ARP-1 --- Offender's relief form

_____ Form ARP-2 --- 1st step response

\_\_✓\_\_\_ Form ARP-3 --- 2nd step response _certificate_

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

YELLOW COPY - INMATE

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program


## WCCF-24-247


## SECOND STEP RESPONSE FORM


You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #:   **Lonnie Sims #140701**
          Location:   **Wilkinson County Correctional Facility**

          From:   **D. Vannoy**
          Title:   **Warden**

In response to your ARP claim in reference to you requesting that the (WCCF/MTC) and (MDOC), to safely house you in a single man cell there at Rankin County (Central Mississippi Correction Facility) on protective custody for all safety reasons. Your name has been placed on a list for movement. The information gathered reveals you need to provide a name(s) of whom you are in fear of your life from. The Director of Offender Services/Designee as directed by the Commissioner will review and approve or denied all movement. I consider this matter resolved at this level.

_____                    ___10/7/24___
Signature                                                              Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program at WCCF under extraordinary circumstances and is eligible to seek judicial review in state or federal court within 30 days of receipt of the Second Step Response.  Financial responsibility for such filing rests with the inmate.

_Lonnie Sims #140701_____                    _10-0-24_____
Inmate's Signature          DOC #                              Date

MISSISSIPPI DEPARTMENT of CORRECTION ADMINISTRATIVE
REMEDY PROGRAM

To: Legal claims Adjudicator

From: Lonnie Sims #140701      C.D.E. Building C-Zone cell# 106
    Inmate name / mdoc#            Housing unit / Bed

Date: 7-24-2024

## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

This "occult" "strong-Hold by (the mississippi Department of correction) caused and controlled by the organization Gang's within (the mississippi Department of correction facilities), has been having a strong-hold on my Life starting 2020 there at porchman mcI all the way up until now, these listed dates And Times within this ARP Are for all proof And fact for the Administration And verification of all suffering And pain Destroying my Life even To the point that I am unable to Express through words (January 2, 3, 2024), v, w, x, G-Building x-Ray cell #202, Approx. Time 10:14 Hrs there at mcI, Even there (September 19, 2023), Area 2 13-2 A-Zone, Approx. Time 5:38 pm there at's mcI, And again (November 2023) Area 2 E-1 Building B-zone s mcI even up until this day (July 12, 2024), were I've been constantly suffering from this Deeply "occult" strong-Hold the organization Gang's have on (the mississippi Department of correction Facilities), The "occult" strong-Hold by, And through (The mississippi Department of correct) caused And controlled by these organization Gang's has literally beat my entire Body up with any tremors leaving me bruised, wounded, scarred, Hurting, Traumatized, Discriminated on by 85% of (the mississippi Department of correction) Administration from all the most Important people, that there are for the Little Guy Like my self to rely on for any help periods. Anyone could simply place themself in my shoes you couldn't even Imagine having to Endure sufferings. Anyone Forms And fashions mentally short Long-Term damages physically short Long-Term damages were the "occult" strong-Hold, through (the mississippi Department of correction) controlled by these organizations Gang members constantly continuously kicking And stepping all over you without (the mississippi Department of correction) Administration to have almost neglected you at every presentment having your hand out for help discriminated on all because of the organization Gang "occult" strong-Hold controlling. This "occult" strong-Hold by these Gang's being controlled complete And fully through (the mississippi Department of correction) controlled by the Gang's has even had a strong hold on my Life after being released from (the mississippi Department of correction) that I didn't know until (December 6, 2022), were these Gang's thru orchestrated through all their crooked people places things for the orchestrating me back To prison only to Try to kill me, utilizing all means and help from all there crooked people who are In position from certain Gang members within the streets from the certain Hattiesburg police "officers" including" the Hattiesburg parole office Administrations which are all listed and Diministrated through all my entire Incarcerated paperwork file Also to Add through all my entire complete ARP processing to confirm verify my many facts. Even To line it up with the other complete half from the outside presentation through, And by, the Evidence facts) of (the united states Department of Justice) Finding condition of mississippi state penitentiary violating many constitutional Right's Also (Enclosed) the Other (mississippi prison Horrors), Inmates Abused, Neglected, Killed, Horrendous, shameful constitutional violations In its prison found by Justice Department, Nation-s.

## "RELIEF"

I simply Request that the (w.c.c.F, mtc), And (m.D.o.c), to safely house me In a single man cell there at Rankin county, (central mississippi correction Facility) on protective custody for all safety reason's.

# MISSISSIPPI DEPARTMENT of CORRECTION ADMINISTRATIVE REMEDY PROGRAM

TO: Legal Claim Adjudicator

From: Lonnie Sims #140701
Inmate name/M.D.O.C

C.D.E. unit C-Zone cell #106
Housing unit/Bed

DATE: 4-22-2024

## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

started at Pachman MS. dealing with me "specifically" from 2019, up until now (4-22-24). These organization Gang's has had a stronghold on, and within the mississippi department of correction facilities, that's has brought about this organization Gangs to have a stronghold on my "Life" through the mississippi Department of correction facilities. this stronghold by, and through, these organization Gang's within the mississippi Department of correction has Damaged my Life, my brain physically mentally short and Long-Term causing me to fear for my Life at the highest cause these Gang's has went to the extreme sending their Gang member brother to my Living residence front Door way step Entry to Kill me shooting me leaving me for dead (see Enclosed) + police Incident Report, this stronghold by the Gang's within the mississippi Department of correction has made it difficult for the mississippi Department of correction to house me safely without being Jumped on multiple times extremely Terrifying fearing for my Life, broken Nose Injured Knee, Jaw fraction Black eyes head Damages that unexplainable even Discriminated on by the Administration in many ways and Level's violating my constitution Eighth and fourteeth Amendment to the united state constitution. This stronghold by These organization Gang's within the mississippi Department of correction has not only ran me completely off of (Commissioner) Burl cain" pre-Release zone and told me that I could not live there knowing that it would hinder and stop me from making my original parole Release Date [12-13-23] due to these Gang's occult pressure on (Little old me). This Gang have certain officers on pay row. This key element along has caused me so much pain and Suffering, stress, mental Anguish enhancing all of my Disabilities problems while Totally fearing for my Life" daily wondering how could the mississippi Department of correction could ever allow such unhuman unfitting Damages To. occur within my Life. Even the Justice Department Investigations has confirmed all of my obligation concerns pertaining my Life.

## "RELIEF"

To be housed at C.M.C.F protective custody
single Man cell for all safety reason's.



An official website of the United States government
Here's how you know

THE UNITED STATES
DEPARTMENT of JUSTICE
STICE NEWS

Department of Justice

Office of Public Affairs

Wednesday, April 20, 2022

FOR IMMEDIATE RELEASE

## Justice Department Finds Conditions at Mississippi State Penitentiary Violate the Constitution

The Justice Department concluded today, based upon a thorough investigation, that there is reasonable cause to believe that conditions and practices at the Mississippi State Penitentiary (also known as Parchman) violate the Eighth and Fourteenth Amendments to the U.S. Constitution. Assistant Attorney General Kristen Clarke of the Civil Rights Division, U.S. Attorney Clay Joyner for the Northern District of Mississippi and U.S. Attorney Darren J. LaMarca for the Southern District of Mississippi made the announcement.

Specifically, the department concluded that there is reasonable cause to believe Mississippi routinely violates the constitutional rights of people incarcerated at Parchman by:

- failing to provide adequate mental health treatment to people with serious mental health needs;
- failing to take sufficient suicide prevention measures to protect people at risk of self-harm;
- subjecting people to prolonged isolation in solitary confinement in egregious conditions that place their physical and mental health at substantial risk of serious harm; and
- failing to protect incarcerated people from violence at the hands of other incarcerated people.

As required by the Civil Rights of Institutionalized Persons Act (CRIPA), the Justice Department provided the state of Mississippi with written notice of the supporting facts for these findings and the minimum remedial measures necessary to address them in a comprehensive 59-page findings letter.

"The Constitution guarantees that all people incarcerated in jails and prisons are treated humanely, that reasonable measures are taken to keep them safe, and that they receive necessary mental health care, treatment, and services to address their needs," said Assistant Attorney General Clarke. "Our investigation uncovered evidence of systemic violations that have generated a violent and unsafe environment for people incarcerated at Parchman. We are committed to taking action that will ensure the safety of all people held at Parchman and other state prison facilities. We look forward to working with state officials to institute comprehensive reforms."

"Prisons have a constitutional obligation to keep safe the incarcerated persons who depend on them for their basic needs," said U.S. Attorney Joyner. "Mississippi violated the rights of persons incarcerated at Parchman by failing to keep them safe from physical violence and for failing to provide constitutionally adequate mental health care and that people confined to Parchman experience serious physical and psychological harm as a result. Our office is dedicated to defending the civil rights of all our district's residents, including those who are incarcerated. We look forward to continuing to work with the Mississippi Department of Corrections to protect the civil rights of those incarcerated at Parchman."

"The action taken today by the Department of Justice will ensure that the Mississippi State Penitentiary at Parchman fulfills its constitutional obligations," said U.S. Attorney LaMarca. "Those obligations extend to reasonable efforts to provide basic mental health care, prevent violence between incarcerated persons and prevent suicides. Those who owe

*(Exhibit A)*

a debt to society should have these basic needs while paying that debt. We are committed to working with state officials to ensure that the State of Mississippi abides by its constitutional obligations."

The department's investigation began in February 2020. Our investigation of conditions at Southern Mississippi Correctional Institution, Central Mississippi Correctional Facility, and Wilkinson County Correctional Facility is ongoing. Individuals with relevant information are encouraged to contact the department by phone at (833) 591-0288, or by email at Community.MSDoc@usdoj.gov.

For more information about the Civil Rights Division and the Special Litigation Section, please visit https://www.justice.gov/crt/special-litigation-section.

Additional information about the Northern and Southern U.S. Attorneys' Offices is available at: https://www.justice.gov/usao-ndms and https://www.justice.gov/usao-sdms. You can contact the Northern District's Civil Division at (662) 234-3318, and the Southern District at (601) 965-4480. You can also report civil rights violations to the Section by completing the complaint form available at https://civilrights.justice.gov/.

**Attachment(s):**
Download Findings Report.pdf

**Topic(s):**
Civil Rights

**Component(s):**
Civil Rights Division
Civil Rights - Special Litigation Section

**Press Release Number:**
22-404

*Updated April 20, 2022*

THE FINAL CALL



Entrance to Mississippi State Penitentiary.



This undated photo taken by an inmate at Mississippi to The Associated Press shows inmates seen lying or the prison on Jan. 2, 2020, guards and state troopers Unit 32, a cell block closed in 2011 as part of a settlem water or mattresses, and is plagued by mold an

# MISSISSIPPI PRISON HORRORS: INMATES ABUSED, NEGLECTED, KILLED

## Horrendous, shameful constitutional violations in U.S. prison found by Justice Department

by Michael Z. Muhammad
and William P. Muhammad
The Final Call Newspaper
@TheFinalCall



*NATIONAL*

Conditions and practices at the Mississippi State Penitentiary, also known as Parchman, violate the Eighth and Fourteenth Amendments to the United States Constitution declared the Justice Department in a recent report, which followed a two-year-old investigation.

As disturbing as the findings are, the question is, what if anything will be done about it?

Routine violations of Parchman

prisoners' constitutional rights, include:

• failing to provide adequate mental health treatment to people with serious mental health needs;

• failing to take sufficient suicide prevention measures to protect people at risk of self-harm;

• subjecting people to prolonged isolation in solitary confinement in egregious conditions that place their physical and mental health at substantial risk of serious harm; and

• failing to protect incarcerated people from violence at the hands of other incarcerated people.

Lawsuits filed by Team Roc in January 2020 detailed the conditions in the Parchman facility as "so barbaric, the health and mental health care provided so inadequate, and the security so poorly enforced that the inmates there live a miserable, hopeless life confronted daily by the imminent

Continued on page 34



Dirty, inoperable and inaccessible toilets in recent realities of life there for inmates with and without

SEE PICTURES TO PG. 34 FROM PG. 4

# MISSISSIPPI PRISON HORRORS

### Continued from page 4

threat of substantial harm in violation of their constitutional rights."

Alicia Netterville, a Mississippi lawyer and criminal justice advocate, was not surprised about the report's findings. She told The Final Call the findings confirm what lawyers, advocates and organizations have been complaining about and problems that needed to be solved.

She detailed some of the report's recommendations: significant changes in the way the Mississippi Department of Corrections (MDOC) is staffed; extensive screening and training; a classification system to protect

incarcerated persons from risk of harm; a revision of the mental health screening process and providing timely medical treatment.

"The report says that if MDOC does not rectify these problems, that they could file a lawsuit 49 days after the release of the report. So, where we are right now is waiting to see what action MDOC will take to remedy these problems and whether or not DOJ will file a lawsuit," Ms. Netterville explained. "It's kind of unfortunate that this came out after the legislative session, because it will require policy changes at all levels, not just at the administrative level."

This is the Mississippi Dept. of Corrections' opportunity to make it right before being forced to spend exorbitant amounts of money on litigation just to do the right thing anyway; she said. She also noted that the prison system and criminal justice laws are in such a state of disrepair that federal intervention is the best that can happen at

the moment.

"The incarceral system has a lot of power to do the right thing or not to do the right thing. So, it's just an unfortunate situation that some—including myself—people believe that Parchman is too far gone to even make these changes," she stated. "Parchman just needs to be closed. It's not just about the things that the correctional officers do or the suicides or murders. It's also about the horrible living conditions. For some reason, our state officials and our MDOC officials are content and comfortable with having human beings living in conditions that I don't believe are fit for animals."

The current problems at Parchman echo back to its origins as a slave plantation. Ms. Netterville noted the facility has never been humane or favorable to the people incarcerated there. She hopes Parchman doesn't become another Walnut Grove, a correctional facility shut down due to constitutional violations. It has now been reopened and had reports on mistreatment and a possible plan for extended solitary confinement.

Jaribu Hill, of the Mississippi Worker's Center, said one of the strongest tools for dealing with the problem is to place state prisons and corrections under a federal lawsuit and federal consent decree, which has been done in the past. Under a consent decree, the federal government would take over the state prison system or appoint someone to monitor state corrections on its behalf.

But, she stressed, the wording of any consent decree is critical. The language should be strong enough

and specific enough to address what is happening and not be undermined at some point through politics or a change in federal administration, said Ms. Hill. The decree should cover the entire Mississippi Dept. of Corrections, not just Parchman, and investigations should be more than an overview, "they should lead specially to policies enforced from the highest levels," she added.

The people of Mississippi must make Parchman an international issue and not a local, state, or regional issue, Ms. Hill continued. Pressure can be maintained by keeping the spotlight on conditions at Parchman as violations of international human rights, which draws attention and scrutiny outside of America, said Ms. Hill, who is also convenor of the Southern Human Rights Organizing Conference.

### Lawsuit sparks federal response

Legal action on behalf of 152 inmates resulted in federal action. The Justice Dept.'s investigation began in February 2020.

The lawsuits that sparked federal action were filed by Shawn "Jay-Z" Carter, the hip hop mogul; rapper Yo Gotti, and Team Roc, the social justice division of Jay-Z's Roc Nation.

Human and civil rights attorney Nkechi Taifa, a Washington D.C. based justice advocate, told The Final Call the Justice Department's findings at Parchman demonstrate not only clear violations of the rule of law and official corruption regarding the application of justice, but also hypocrisy on the world stage.

"It's a blasphemy for there to be

criticism of other countries when the United States needs to look in its own backyard and see the abuses," Atty. Taifa said.

"It's been over 50 years since the Attica (prison) rebellion in upstate New York, which (inmates) rebelled for just basic human rights, just basic humane conditions of confinement and we still have the situation where these same egregious conditions of confinement are right here in U.S. prisons."

According to attorneys for the plaintiffs, the lawsuit, filed in the United States District Court's Northern District of Mississippi Greenville Division, said that grave conditions existed within the maximum-security facility and that appropriate oversight was needed immediately to avoid further harms committed at that time under the state's lack of supervision.

"Plaintiffs' lives are in peril," wrote Lawrence S. Blackmon of the Blackmon Firm, PLLC in the first paragraph of the suit's preliminary statement. "These longstanding problems have in recent weeks reached a boiling point that imperils Plaintiffs and places them in imminent danger of serious injury," stated the lawsuit. It went on to describe an unusual number of deaths occurring from violence at Parchman just weeks before the lawsuit was filed.

On top of the horrendous and inhuman conditions inside the prison, Atty. Taifa argued with the Covid pandemic, incarceration within the walls of Parchman is worse than enslavement when it was a plantation.

"This is not something that you



A June 2019 Mississippi Health Department inspection at the Mississippi State Penitentiary at Parchman shows a clogged sink with an inoperable garbage disposal.

PG. 34 → 35

*BOTTOM OF 35*

would really wish on your worst enemy," Atty. Taifa said of what she described as a living hell. "It's no wonder to me that there are issues dealing with mental health, so there really needs to be ways to make sure that when people are subjected to things that cause them to be unbalanced that they not be subjected to further violence."

"Years of MDOC's deliberate indifference has resulted in serious harm and a substantial risk of serious harm to persons confined at Parchman," the report from the U.S. Justice Department's civil rights division stated. The report added that "unfettered access to contraband" and "uncontrolled gang activity" in part resulted from "gross understaffing" and inadequate supervision.

Announcing her findings by conference call, Assistant Attorney General Kristen Clarke said that for the first time the Justice Department considered the use of solitary confinement for persons without serious mental illnesses as unconstitutional. Other state prisons within the Mississippi Department of Corrections system remain under investigation, including the South Mississippi Correctional Institution, the Central Mississippi Correctional Facility, and the Wilkinson County Correctional Facility.

In his landmark book, "Message to the Blackman in America," the Most Honorable Elijah Muhammad of the Nation of Islam wrote of the evil bred

by corruption and of how the corrupt are incapable are giving justice.

Abdullah Muhammad, Student National Prison Reform Minister for the Nation of Islam, told The Final Call that the Teachings of the Hon. Elijah Muhammad under the leadership of the Honorable Minister Louis Farrakhan is the best lens through which the problems of mass incarceration and government abuses may be viewed.

Sharing testimonies of mothers traveling to Parchman to investigate the rumored deaths and injuries suffered by their loved ones within its walls, Student Minister Muhammad shared examples of what he called "callous indifference" by prison staff. He likened the treatment of inmates to less than that given animals and said that hell is a condition of life made by the wicked. He also praised the efforts of Jay-Z and Yo Gotti in what he called a righteous battle for freedom, justice and equality as American society continues to unravel.

"By us being deprived of the knowledge of our own nature, and the knowledge of the nature of our captors, we are blind in prison and (we) cannot see beyond the condition of hell," Student Minister Muhammad said of those locked within "innumerable prison houses in the North as well as the South." He added that once the blind gain sight, they will see the value of separation and that only through faith in Allah (God) will they find redemption.

Mississippi has the second-highest incarceration rate in the world, according to "States of Incarceration: The Global Context 2021." The Vera Institute's Incarceration Trends in Mississippi reported that Black people made up 39 percent of Mississippi residents. In comparison, Blacks are 57 percent of the people in jail and a staggering 62 percent of those in prison.

When gang violence exploded at Mississippi's State Penitentiary at Parchman and other state prisons approximately two years ago, resulting in at least 12 inmate deaths, it came as no surprise to prison rights activists, advocacy groups, families of those incarcerated and those behind bars.

Even then, cell phone photos from those inside, relentless activism and investigations from prison authorities revealed, among other things, a profusion of rats, mice, insects and other vermin; sometimes ankle-deep raw sewage in bathrooms, cells and common areas; broken toilets and sinks, and entire sections in the facilities in darkness due to electrical problems.

Prison reform activists and family members held demonstrations and rallies and some tried to visit state legislators at the Mississippi state capitol in Jackson, and others tried to find ways to pressure lawmakers to do their jobs.

The oldest prison in Mississippi, Parchman opened in 1901 and is the only maximum-security prison in the state. The 18,000-acre facility is a monument to the sordid legacy of Jim Crow racism and discrimination that remains embedded in Mississippi's DNA. Prison reformers and advocates, incarcerated men and women, and

others have filed lawsuits for decades to demand state officials deal with the troubling violence, unsanitary kitchens, mold, mildew, water contaminated with feces, and the overall problem of decaying, decrepit, and hazardous conditions.

This sounds familiar because it is all too familiar with federal findings spanning from Alabama to Mississippi and beyond.

During a previous interview with The Final Call, Bennu Hannibal Ra-Sun, a member of the Free Alabama Movement, an organization dedicated to human rights, said what is happening in prisons throughout the country is similar. "Alabama is not the only state with a prison problem. Prisons are a nationwide problem. So, thinking they will come to Alabama and solve our problems while (49) other states have the same issue is naive."

Efia Nwangaza of the African-American Institute for Policy Studies and Planning and S.C. coordinator for the Malcolm X Grassroots

Movement expressed skepticism about federal involvement in prison reform in a previous interview with The Final Call.

"I don't think there is much difference between the state and federal prisons. Some problems arise from violence, sex abuse, and sanitary conditions," she said. "I believe the reality is that the attitudes and the culture of the prison system in this country are more punitive and less therapeutic. The issue is simply a matter of degree regarding how hostile, vengeful, and cruel the treatment is of prisoners."

According to Attorney Nwangaza, it is not the issue of reforms that should be pursued in this struggle. "It should be the issue of abolition. If we interpret the history of prisons in this country as similar to the history of the police in this country, the two institutions both served to contain, control and crush the spirit of African people," she concluded.

*(Anteah Muhammad contributed to this report.)*



A June 2019 Mississippi Health Department inspection at the Mississippi State Penitentiary at Parchman shows garbage and roaches inside a pipe chase, which has a missing door.
Photo: Mississippi Department of Health

*PG. 35*

35

35





Mississippi Capitol in Jackson, carried signs that protested conditions in pris-
clashes in recent weeks, Jan. 24, 2020. They called upon the administration
entiary in Parchman, where a number of deaths have occurred. Photo: AP Photo/

In this Feb. 13, 2020 photo Sherren Smith, mother of inmate Wesley Clayton's children, holds a set of photographs of the
lower left arm that was broken in a recent prison riot at the Mississippi State Penitentiary in Parchman, following a joint
hearing of the House Corrections and Judiciary B Committees, at the Capitol in Jackson, Miss. Clayton's family says the
arm was left untreated for about a month. They credit a lawmaker for intervening and getting the inmate medical treatment.
Photo: AP Photo/Rogelio V. Solis



A June 2019 Mississippi Health Department inspection at the Mississippi State Penitentiary at Parchman shows molded potato casserole left inside a kitchen oven. Photo: Mississippi Health Department

A ceiling is falling in above this cell at the Mississippi State Penitentiary at Parchman.

Main entrance to Mississippi State Penitentiary.

MAY 10, 2022

THE FINAL CALL



34 = TOP PHOTO TO PG. 34

MAY-10-2022 PART OF PG. 4 BOTTOM

Inmates at the Mississippi State Penitentiary at Parchman are housed in rows of bunk beds in one of the prison's facilities with failing infrastructure. Part of the floor is missing tiles, and there is structural damage in much of the facility. Photo: Disability Rights Mississippi



**Hattiesburg Police Department**
Incident Report
300 Klondyke Street Hattiesburg, MS 39401
Phone: (601) 544-7900

Pride and Progress

| ORI | County | Venue | Report # |
|---|---|---|---|
| MS0180100 | FORREST COUNTY | Hattiesburg | 2022120181 |
| Report Date / Time | Occurrence Date / Time | | File Class |
| 12/06/2022 13:22 Hrs | 12/06/2022 12:53 Hrs | | 97-3-7 (2)(A)(II) |
| (US Central) | | | |

| Incident Report Type(s) / Nature of Incident | Supplements |
|---|---|
| Discharging A Firearm | Initial Report (1) |
| | Pending Approval (2) |

**Summary**

On December 6, 2022, Officers were dispatched to the 500 Block of William Carey Parkway in reference to a discharging of a firearm.

## Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| 557 William Carey Parkway Apartment 1308 | Hattiesburg | Mississippi | | United States of America |
| County | Township of Occurrence | | Clery Location | |
| FORREST COUNTY | | | | |
| Latitude | Longitude | Beat | Sub-Beat | |
| 31.299080978203992 | -89.30566491058391 | E | 07 | |

## Incident Offenses

| Supp # | Offense | | Status | Status Date |
|---|---|---|---|---|
| 0 | 97-3-7 (2)(A)(II) - Assault, Aggravated: Use Of Deadly Weapon :F | | Open/Pending | 12/06/2022 12:53 Hrs |
| Attempted / Completed | Weapons Used | | | |
| Completed | Firearm (Type Not Known) | | | |

## Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Assisting | E. Mitcham (#22750) | Hattiesburg Police Department | 0 |
| Assisting | M. Iancoriangelo (#25927) | Hattiesburg Police Department | 0 |
| Assisting | Q. Henderson (#25928) | Hattiesburg Police Department | 0 |
| Assisting | Captain D. Miller (#20249) | Hattiesburg Police Department | 0 |
| Assisting | Lieutenant C. Johnson (#20210) | Hattiesburg Police Department | 0 |
| Assisting | Officer N. Hocker (#25690) | Hattiesburg Police Department | 0 |
| Assisting | Officer R. Taplin (#20511) | Hattiesburg Police Department | 0 |
| Assisting | Sergeant B. Gray (#22725) | Hattiesburg Police Department | 0 |
| Assisting | Sergeant D. Wynn II (#23040) | Hattiesburg Police Department | 0 |
| Reporting | B. Buckhalter (#25922) | Hattiesburg Police Department | |

## Incident Modus Operandi

| Offense | Entry | Exit | Method | Means | Trademark | Supp # |
|---|---|---|---|---|---|---|
| 97-3-7 (2)(A)(II)-Assault, Aggravated: Use Of Deadly Weapon :F | Door-Front | Front | Unknown | Other | Other | 0 |

## Incident People

Offender Information Not Known

| Roles | | Supp # | | | |
|---|---|---|---|---|---|
| Victim | | 0 | | | |
| Name | | Title | | Date of Birth | |
| SIMS, LONNIE E (Primary Name) | | | | 03/22/1987 | |

Report Run On Wednesday, December 07, 2022  By J. Dunaway

Page 1 of 8

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                              **CAUSE NO.** 23-545 **H**

**SHAQUILLE ADAMS**                                          **DEFENDANT**

### CRIMINAL INFORMATION

BEFORE ME, the undersigned authority for said County and State, Clay Cranford,

Assistant District Attorney of the Twelfth Judicial Court District, makes on oath, based upon

information and belief, that **SHAQUILLE ADAMS**, on or about December 26, 2022, in Forrest

County, Mississippi, did purposely, knowingly, or recklessly, and without authority of law,

commit the crime of SIMPLE ASSAULT, in violation of MISS. CODE ANN. § 97-3-7(1)(a) (1972),

as amended, by causing bodily injury to Lonnie Edward Sims, Jr., with a deadly weapon, to-wit:

a firearm, which firearm could produce death or serious bodily harm, and against the peace and

dignity of the State of Mississippi.

_____
STATE OF MISSISSIPPI

SWORN TO AND SUBSCRIBED BEFORE ME, on this the 11 day of August, 2023.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

_____

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**FILED**

**AUG 1 1 2023**

**VERSUS**

FORREST COUNTY CIRCUIT CLERK

CAUSE NO. **23-545 H**

*Shaquille Adams*

**DEFENDANT**

### WAIVER OF INDICTMENT

COMES NOW, the Defendant, in the above styled and numbered matter, who having been by me first duly sworn, on his/her oath, presents and says the following:

I.

That my full name is **Shaquille Catrell Adams**, and I am **30** years of age, my DOB is **6/10/93**, and my SSN is **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**.

II.

I understand that I stand charged by Criminal Information dated the **11th** day of **Aug.**, 20**23**, with the crime of **Simple assault** an indictable offense; that said Criminal Information was filed in the Circuit Court of Forrest County, Mississippi; and that said Criminal Information alleges said crime to have been committed on or about the **26** day of **Dec.**, 20**22**.

III.

I am represented by counsel, Honorable Candance L. Rickman, a duly licensed and practicing attorney of the State of Mississippi; that she has advised me as to the nature of the charge against me; and has fully advised me of my rights in the premises; and that I am freely and voluntarily executing the Waiver of Indictment with her approval and consent, and upon her advice.

IV.

I understand that I am entitled to have this matter presented to a lawfully constituted Grand Jury of this County for determination of whether an Indictment should be returned against me herein; that I hereby

THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**FILED**

**STATE OF MISSISSIPPI**

**VERSUS**

**AUG 11 2023**

**CAUSE NO.** 23-545 H

**SHAQUILLE ADAMS**

FORREST COUNTY CIRCUIT CLERK

**DEFENDANT**

### ENTRY OF PLEA AND JUDGMENT OF COURT

THIS DAY INTO OPEN COURT came the District Attorney, who prosecutes for the State of Mississippi, and came also **SHAQUILLE ADAMS**, personally and represented by counsel, Candance L. Rickman, Esq., having waived indictment on the charge of SIMPLE ASSAULT, in violation of MISS. CODE ANN. § 97-3-7(1)(a) (1972), as amended; and thereupon the said **SHAQUILLE ADAMS**, being duly advised of all his/her legal and constitutional rights in the premises and being fully advised of the consequences of such plea, and upon recommendation by the State, did then and there enter a plea of guilty to the misdemeanor charge of SIMPLE ASSAULT, in violation of MISS. CODE ANN. § 97-3-7(1)(a) (1972), as amended, which this Court **FINDS** was voluntarily, intelligently and freely made.

THEREFORE, for said offense and on said plea of guilty, and upon the recommendation of the State of Mississippi, it is by the Court **ORDERED AND ADJUDGED** that the said **SHAQUILLE ADAMS** be and he/she is hereby **ADJUDICATED GUILTY** of MISDEMEANOR SIMPLE ASSAULT, and sentenced to a term of **SIX (6) MONTHS** in the custody of the Forrest County Jail, with all but time served suspended on the Defendant's good behavior; and to pay a fine in the amount of $ 500.00; and all costs of court.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant be, and he/she is hereby ordered to pay $ 100.00 each month toward payment of fines, fees, restitution and costs beginning sixty (60) days after entry of this order assessed herein beginning and continuing each month thereafter



I hereby certify that I have explained to the Defendant his legal and constitutional rights in this matter and the consequences of a guilty plea. The Defendant has expressed to me knowingly, freely, voluntarily and intelligently that he desires to enter a plea of guilt herein. I further hereby certify that I have read and approved this Sentencing Order and that I have provided the Defendant with a copy of same.

_Candance Rickman_
Candance Rickman, ESQ.
Attorney for Defendant

I hereby certify that my attorney has explained to me my legal and constitutional rights in this matter and the consequences of a guilty plea. I have told my attorney that I desire to enter a guilty plea and the guilty plea is being made knowingly, freely, voluntarily and intelligently.

_Sheqville Adams_
DEFENDANT

I, _____, Clerk of the Circuit Court aforesaid, certify that the above and foregoing is recorded in Minute Book _____, at Page _____, of said Court.

This the _____ day of _____, 2023.

_____
CIRCUIT CLERK

_____
BY: DEPUTY CLERK