— Written Statement Affidavit —
Unconstitutional Parole procedures

5:24-cv-113

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 11 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

(1.) Here "your Honor," from the (Enclosed) (Exhibit-J) see that (Detective A. Jackson #20264) And the Lead (Detective Jeremy Dunaway) had already charged me with weapon possession (Dec 6, 2022) which was dropped completely see (Exhibit-J). Also Here "your Honor," If you look at (Exhibit-K) (Enclosed), you would clearly see that after the first weapon possession charge was dropped that (12-19-2022), is the date that (Detective Jeremy Dunaway) issued another Arrest warrant for the second same exact crime that I was picked up for from the beginning charging me (2) Times for the same crime. This is "Double Jeopardy," "wrongful-conviction," violating my 4th, 5th, 6th, 8th And 14th Amendment Right To the United state constitution.

6-2-25