UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LONNIE E. SIMS                                                                                                  PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 5:24-cv-113-DCB-ASH

MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.            DEFENDANTS

ORDER

     Pro se prisoner Plaintiff Lonnie E. Sims filed an unsigned Response [16] on June 11, 2025. Because Plaintiff failed to sign his Response [16] as required by Federal Rule of Civil Procedure 11, he will be given an opportunity to correct this omission by placing his original signature on page 1 (CM/ECF pagination) of the copy of his Response [16]. Accordingly, it is

     ORDERED:

     1.      That the Clerk of Court is directed mail to Plaintiff copy of his Response [16] filed on June 11, 2025, along with a copy of this Order.

     2.      That Plaintiff is directed to place his original signature on page 1 (CM/ECF pagination) of the copy of his Response [16] and return the signed Response [16] to this Court **on or before July 2, 2025.** Plaintiff is reminded that his pleadings or other papers submitted to this Court for filing must have his original signature on them. Plaintiff's failure to return the signed copy of the Response [16] will result in the Court striking this Response [16]. *See* Fed. R. Civ. P. 11(a).

     3.      That Plaintiff shall file his signed Response [16] with the Clerk, U. S. District Court, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

2

Plaintiff is warned that his failure to fully comply with any order of the Court in a timely manner or failure to advise the Court of a change of address may result in the dismissal of this case.

SO ORDERED, this the 17th day of June, 2025.

*s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE