— Written Statement —

Your Honor, (6-13-2025) under review. The camera's in my housing unit L.M.H. W/P Pod #109, during shower call. I notified Capt. Hayes And unit manager Ms. Day that I feared for for my life once again And she (unit manager Ms. Day) told me that she was "not" helping me to be housed under any security protection cause the gangs are going to kill me. I called her (unit manager Ms. Day) several times to my cell And told her that I needed protective custody And now she have went to the extreme not to open my cell door so I can leave the zone before these guy's try to kill me. Later this same day she (unit manager) orchastroted 2 knifes to come into my cell for my rack partner mate to stabb me in my sleep. She unit manager has went to the extreme opening every cell door at the appropriate time for shower call except my door just to keep me here to get stabbed. I fear for my life your Honor, These people are trying to kill me And the camera don't lie. I need immediately help she's the one who gotten me jumped on the first time her on U.W.X X-Zone for which I'm filling suit for now. Thank you for your time And assistance I hope that I'm still alive by the time you recieve this statment.

Sincerely,
Lonnie Sims #140701

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2025
ARTHUR JOHNSTON
BY_____ DEPUTY