- Written Statement Affidavit -
Unconstitutional Parole procedures

5:24-cv-113

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 11 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

(1.) Here "your Honor," from The (Enclosed) (Exhibit-J) See That (Detective A. Jackson #20264), And The Lead (Detective Jeremy Dunaway), had already charged me with weapon possession (Dec 6, 2022) which was dropped completely see (Exhibit-J). Also Here "your Honor," If you look at (Exhibit-K) (Enclosed), you would clearly see That after The first weapon possession charge was dropped That (12-19-2022), is The Date That (Detective Jeremy Dunaway), Issued another Arrest warrant for The second same exact crime That I was picked up for from The beginning charging me (2) Times for The same crime. This Is "Double Jeopardy," "wrongful-conviction," violating my 4th, 5th, 6th, 8th And 14th Amendment Right To The united state constitution.

Sincerely,
Lonnie Sims #140701

6-2-25