<u>Written Statement</u>

from such unconstitutional parole procedures caused by, And Through, The State of Mississippi, The city of Hattiesburg, Including The county of forrest county. Has Torture me Mentally Emotionally, Scared me from my Heart, Mind, body, Spirit, And Soul, by Depriving me of my Life Totally preventing me from Seeing receiving Justice In The State of Law. From Such unconstitutional procedures, "not only," was I, Deprived of my Life, "not only," was my freedom Taking away from me, but I have had To Suffer The pains And Hurts, So much Trauma To my mind And body Short And Long-Term caused by The Gang Organization Jumping on me 2 Times already within The Mississippi Department of Correction. While These Gang's have been

①

Jumping on you while within the prison system. Not only have I not had proper And correct medical Treatment. These Gang's have broken my nose, Injuring my Neck And Back, Injuring my left knee To the point I can barely walk sometime without my leg wanning To give out on me. These Gang's have cracked are broken a piece of bone In my right risk To the point you can see the Thine piece of bone sticking out of my risk. My Jaw was fraction To the point my mouth doesn't sit right anymore from within side causing me To chew differently. Not To mention The gun shot wounds from these same organization Gong's who come To my front step, door way To kill me leaving me shot left for dead In my front living room residence. I "fear" for my "Life", I am scared To Death, I am Hurting And my mind IS Totally unbalance shook up And out of place from having To endure such process

②

of unconstitutional procedure in the state of mississippi. And Hattiesburg MS Including The county of Forrest county. could you even Imagine such Gang having an "occult" Strong-Hold on The mississippi Department correction facility, sending someone To your front door way step To kill you, Then from such "occult" Strong-Hold on your county Jail caused by these same Gang's cause And direct The police officer To Arrest you Throwing you In The county Jail And with speed of shipping you back all In To The prison system Violating many constitutional Rights of Due process Totally And completely, while at The sometime The Gang's are waiting on you To Jump on you And Try To kill you at The right Time as If It were an accident while Also making It hard for you To parole out Thinking To yourself Is there anyone who could help me. Just The Thought process of knowing And enduring This situation would break anyone down with So much pain And Hurt To The mind along And I only call

③

on "God," ~~which~~ ~~you~~ ~~are~~ ~~which~~ ~~I~~ ~~believe~~ To land
IN your hands," your Honor." I, Thank you for your
Time Assistance" your Honor," Thank you very much.

And

(7-14-2025)

Sincerely,

Jamie Sims #140101

④

Dear "your Honor,"

Not to disturb you at all I just had a few things that I would like to mention, And I hope you would understand because here, where I'm at, There is much stabbing, hurting, Lying cheating, Lack of Integrity, Lack of Honor, And to most point Lack of Love for which I am rooted in because our "God" And father has placed within me to Love (1 John 3:23-24).

And because that I'm able to communicate with you on higher levels I simply want to tell you that I Love you "your Honor," from a pure Heart It's difficult for me to tell people that's surrounding me because Love being shown to these people would get me hurt And even cause me my Life That's why I sit along by myself Trying to stay out of the way that they not in a rush to Jump on me again. But the Same organize Gang who been Jumping on me are still waiting for the right time to try to kill me, Just as they have come to my front doorway, step as I have shown you. "your Honor," I fear for my Life, And

①

I am Scared And Also There are Times when I have To Just Sit Still In my cell for week's Talking To "God" hoping These guy's don't Touch me And hoping the Administration Such as United manager "Ms. Day" Say Now, Is The perfect Time To Kill me making It Look Like an accident. I have Told you This because These are the Type of Things Taking place Inside The System Just an "<u>Imminent</u>" of "<u>violence</u>" ~~what~~ waiting To happen. These Gang's "not" only do they have an "occult" Strong-Hold on The mississippi Department of correction but also having a "occult" Strong-Hold on The Hattiesburg Police Department as well, as The Forrest County Jail And you clearly see This from The paperwork That I have placed within your hand That brought about many constitutional violations at both "Federal" And "State" Level's Just To Take me away from my family again And To Try To Finish me off. I Should "not" have

(2)

been Taking away from my family again for the second time, this Hurt And It Also Hurts my family. These people Act as if They don't Respect The constitution at all from Their conduct. "Your Honor," All I want Is To be set free at This very moment. And for the "state," And The "county," of forrest county To pay compensation for depriving me of my "Life" completely. compensating me for every area of my life which they have destroyed with so much pain And Hurt. "your Honor," There are some things That has been hurting destroyed through This process of unconstitutional procedures That I having even mention because i "fear" for my Life so much That I'm Trying my hardest To focus on getting out alive first, Then I Feel That would be The appropriate Time To let It all out. So Just Keep In mind other Then everything that

③

you are already aware of me having to suffer And Endurance, And Also Think about everything else that I having mention yet, I have also had To Suffer And Endurance Through all The other Hurt And pain's on Top of everything else. With The complete Hurt And pain of having To leave my Kid's And Family along with everything else, Know one "Your Honor," Should never have To experience This. "Your Honor" I Love you, And I Think you for your Time And Assistance.

Bless you "Judge Andrew Harris," along with you're Love ones!!

Sincerely, (7-14-2025)
#140701
Jimie Sims

(4.)