IN THE UNITED STATE DISTRICT COURT
OF MISSISSIPPI, SOUTHERN DISTRICT
SOUTHERN DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Mar 25 2026

ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

Lonnie E. Sims                                          Petioner

versus                                          Cause No. _____

State of Mississippi                                          Defendant


## MOTION FOR CASE MANAGMENT ORDER AND TO SET TRIAL


   Dear "Honor," pro'se if I have not placed my cause
number on this motion It's because I'm Incarcerated without
any of my civil lawsuit paperwork and these people are still
bothering me at every corner causing me to be unstable In many
way's. I "Lonnie E. Sims" ask this Honorable court To proceed due
To This matter unable To obtain cause number Toward the only
civil lawsuit matter within this court concerning my name
"Lonnie E. Sims." unless It would correct and proper To Just send
me my cause number and I can refile this Motion.
Magistrate Judge "Andrew S. Harris" Thank you for your Time
and Assistance