IN THE U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI.

LONNIE E. SIMS                                    PETITIONER
        V.                              CASE #5:24-CV-00113-DCB-ASH
MISSISSIPPI DEPARTMENT OF CORRECTIONS   RESPONDENT

NOTICE FOR CHANGE OF ADDRESS AND NOTICE OF CURRENT "UNCONSTITUTIONAL" SITUATION FOR WHICH PETITIONER ALREADY FILING SUIT HAS HAPPEN ONCE AGAIN

Change of Address: Lonnie E. Sims #140701
                   Madison county CWC & Transitional center
                   140 corrections Drive
                   Conton, MS. 39046

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 5 2026
ARTHUR JOHNSTON
BY _____ DEPUTY

ON or about (may 21, 2026), at the pike county T.v.c center, I contacted the Internal Affairs "MS. Mitzi Mogleby" other personal cell phone #(662-633-1542) Due To the many constitutional violations of myself also the many U.S. citizen people who were around me. However (may 23, 2026) Two days later After the Internal Affairs ms. mitzi Mogleby, notified Deputy commissioner, and Super Intinden "John Hunt," as well as the head M.S. C.I.D. who contacted superintinden "ms. Horrison" who are over the T.v.c centers To handle the matters of the people "Including" myself concerning The system mattic Humantrafficking, modering Day slovery, Torture, cruel and unusual punishment. Depriving me and others out of our Life, Rights, Liberty, Dignity, because: (1.) I was sentence To a 120 day's T.v.c without giving me any credits for The 36 day's of serving time out of my Life, within the "Hattiesburg," forrest county Adult Detention Jail." However after I sought down having a Talk with superIntinden "ms. Horrison," and major "sheild," they allowed me To fill out a Time "Allotement sheet "To obtain credits for my county Jail Time, as I have also filed on A.R.P. Administrative Remedy program process To this mth Two Times (4-16-2026), and (5-21-2026) To the A.R.P. Administration there of C.m. at correction facility and have "not "yet recieved any response from neither one of The A.R.P's period. nor have I recieved any credits for my day's within the forrest county Jail yet. Also It has been listed within a (written statement Affidavit) of myself and many others with their names, signitures and MDoc #'s specifically, "that other 30 day's of filing A.R.P's having no response, also how the pike county T.v.c center does "not "have Legal help Assistance for

(1.)

the "Inmates" To File, and Document the gol proceeding period as of my right's. Also within our (written statement + Affidavit) It is mentioned that the pike county T.v.c center does "not" have any video camera's within It's Facility and has been like this for many months. However after superintinden't "Ms. Harrison," and major's "sheild's" left the pike county T.v.c center (May 21, 2026), then (May 23, 2026) on that Saturday warden "Ms. Nichol's" there at the pike county T.v.c center around 12:00 Thru 1:00 orchestrated conspiracy of (Hit on me) for having her Boss superintinden't "Ms. Harrison" coming to the pike county T.v.c center. However I myself, "Including" the entire zone saw and understood that warden "Ms. Nichall's" call-o Hit on me causing Inmate (Terrance Williams #0246750) To punch striking me 15, To 20, Times In the Face, Head, causing me more Injuries to my head, neck and my lower back. As offender (Terrance Williams #0246750) was punching striking me, I was "verbally" loud Rebuking his evil spirit In The Name of "Jesus," Then (Terrance Williams), walked directly to the Tower requesting to see and notify warden Ms. Nichal's that he had completed their orchestrated conspiracy Gang organization (Hit on me). However the offender was "not" able to see warden Ms. Nichal's because she knew what had already happened Trying "not" To show her Face at least at that very moment and time. Terrance Williams "Then walked back to his rack and sought down opening his locker box placing a few Noodles In (Aladdin Northrup #228703) hand's to bring to me saying that he was sorry that It was business that I already knew who told him to do this to me Ms. Nichall's So 2, To 3, hours later warden Ms. Nichol's making her round" as If she didn't know what had happened, then she called me out to her office, and I Told her that she was wrong for doing this that "Terrance Williams" had already Told me and everyone else that she was the cause of this hurting Damaging matter, she never dnied It. she only" said that offender (Terrance Williams #0246750) she had To get him away from her Facility. I also notified her that her officer "Mr. Megee" was fully aware of this matter even sticking his head into the zone and never asked any questions at all. This Is In violation of my 5th, 8th And 14th Amendment Right To The United States constitution I have been "Fearing" for my "Life" fully and completely within the Mississippi Department of Correction. This Is my Third Time being Assaulted or Jumped on Also concerning this matter I have a (written statement + Affidavit) with signiture Names and M.D.O.C #'s that I think It would be good for me To keep personally" until I know that It Is safe To send It To you without the Facility Tampering with even Taking my mail that It don't exist, also right now at this moment, even here at the Madison county T.v.c center having "No" Legal Mail Assistance system. I'm Trying To Figure out The correct sure safe way To process more ARP's Administrative Remedy process that It may be approved and exceptible without the broken corrupt A.R.P. Administration of M.D.O.C (with the controlling destroying "occult" stronghold within It's system violating procedures, Due-process right" Ensures Due-process right's as well as Equal-protection right's under The Law, which are guaranteed by the 14th Amendment).

(2.)

Now That I'm of Madison county, T.V.C center B-Zone, Bed#81 (6-2-2026) Major "Ms. shields" this Tuesday around 2:15 thru to 2:45 has recorded this matter and documented It under her name within her computer system the entire thing, I have also told her that my rights are being violated Denying me access to proper and correct Legal Assistance, So Major Ms. shields has ask me To hold both of my yet To send out A.R.P.'s until she has had a few day's To contact other people who are over her head To notify her The correct way To help me file my A.R.P.'s "your Honor" Thank you for your Time And Assistance.

Also "your Honor" would you please notify me that you have ~~sweet~~ successfully, recieved this notice Document matter change of Address notice.

Also The names below the "Inmates" within the (written statement & Affidavit because we are aware and acknowledge that the M.D.O.C A.R.P. Administration program process Is broken, also because The pike county T.V.C center vidoe cameras does "not" work, also because we saw and understood the entire orchestration of warden Ms. nichol's causing Inmates (Terronce williams#0246750) To punch striking Lonnie Sims#140701 many Times, yes I "Lonnie E. Sims" are writing the names and M.D.O.C#'s below white notifying you "your Honor," for you To have until I send you The original Thank you "your Honor."

Lonnie E. Sims #140701
Tyler Jake Swock Hamer #214186
Jacob w. winstead #T5407
Terronce Rogers #100278
Aladdin Northrop #228703
David A. Everett #T5840

Sincerely,
Lonnie Sims #140701)

Date: 6-3-2026

Also Ms. nichol's Is a correctional officer working under color of State Laws.

(3.)